IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CURTIS JAMES JACKSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| VS. | : | **1 : 04-CV-122 (WLS)** |
| | : | |
| P.A. SPAIN, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The plaintiff filed this § 1983 action in August 2004, alleging that the defendant had acted with deliberate indifference to his serious medical needs while he was confined at the Dougherty County Jail between June and August 2004.  Presently pending are the plaintiff's motion seeking discovery materials, motion seeking "meaningful access to the courts", and Motion to Amend.

In his motion seeking discovery materials, the plaintiff seeks his medical records from the Dougherty County Jail.  To the extent that the plaintiff seeks to propound discovery to the defendant, he must do so by directing his requests for discovery to the defendant, rather than to the court.  Plaintiff's "motion" seeking discovery is therefore inappropriately directed to the court and is **DENIED**.

In his motion seeking "meaningful access to the courts", the plaintiff asks that Dougherty County Jail officials provide him with five free local and long distance calls per day, a phone book, a medical expert, an investigator, runners, and unlimited access to a copy machine. Plaintiff's requests are wholly without merit and his "motion" is hereby **DENIED**.  To the extent